**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN BOGUE, | No. 15-35078 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-05799-RBL |
| v. | |
| NCO FINANCIAL SYSTEMS, INC., | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted April 7, 2017[**]
Seattle, Washington

Before:  W. FLETCHER and GOULD, Circuit Judges, and BLOCK,[***] District Judge.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]      The Honorable Frederic  Block, United States District Judge for the Eastern District of New York, sitting by designation.

Kevin Bogue appeals from a district court order awarding him $1,001 in attorney's fees.  Because the district judge did not begin his fees analysis by first calculating the lodestar, Bogue asks that we vacate the award and remand for a recalculation of fees.  *See Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 982 (9th Cir. 2008).  Under the circumstances, a remand for recalculation is so likely to result in the same award that we decline to do as Bogue requests.

**AFFIRMED**